UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KRISTOPHER LEE CHILES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    June 3, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant, age 22, has a lengthy criminal history. He was taken into custody for the instant offense after being found guilty of violating conditions of state supervision for failing

DETENTION ORDER                                                                                                   15.13
18 U.S.C. § 3142(i)                                                                                              Rev. 1/91
PAGE 1

to report, failing to provide proof of chemical dependency evaluation, possessing a firearm, possessing marijuana and failing to pay legal obligations.  His criminal history includes numerous failures to appear for hearing, drug use and possession while on supervision, and failure to follow court orders regarding substance abuse evaluation.

2. Defendant is associated with one alias and two Social Security numbers.  His employment history is sporadic and he has been unemployed for the last six months.  He is alleged to have admitted to gang membership.

3. Defendant poses a risk of nonappearance due to lack of employment, sporadic residence and employment history, alleged substance abuse, and a history of failures to appear and to comply with court orders.  He poses a risk of danger due to criminal history and alleged gang membership / association with known gang members.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

01          Government, the person in charge of the corrections facility in which defendant is

02          confined shall deliver the defendant to a United States Marshal for the purpose of

03          an appearance in connection with a court proceeding; and

04     (4)  The clerk shall direct copies of this Order to counsel for the United States, to

05          counsel for the defendant, to the United States Marshal, and to the United States

06          Pretrial Services Officer.

07     DATED this 3rd day of June, 2008.

08

09                                        _____
                                          Mary Alice Theiler
                                          United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 3